UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-01916-MD-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:
ATS ACTIONS
_____/

08-80421-CIV-MARRA
08-80508-CIV-MARRA
10-60573-CIV-MARRA
08-80480-CIV-MARRA
07-60821-CIV-MARRA
_____/

**PLAINTIFFS' SUPPLEMENTAL RESPONSE TO CHIQUITA'S TIME-SENSITIVE MOTION TO MODIFY REQUESTS FOR JUDICIAL ASSISTANCE**

Last night, July 31, 2015, Plaintiffs became aware of Colombian news reports that Fredy Rendón Herrera, alias "El Alemán," had been released from prison. See "En libertad el exparamilitar alias 'El Alemán,'" Bluradio, July 30, 2015, at http://www.bluradio.com/106524/en-libertad-el-exparamilitar-alias-el-aleman. (The headline translates roughly to "The ex-paramilitary alias 'El Alemán' is free."). Plaintiffs do not yet know the implications of this for the currently-scheduled examination, but are inquiring of the Colombian court. Regardless of whether Rendón has been ordered to appear for the examination, however, this development underlines the importance of keeping the currently-scheduled deposition date. These witnesses are not likely to be available much longer, and this one already might be unavailable.

Dated: July 31, 2015                    Respectfully submitted,

                                        /s/ Marco Simons
                                        Marco Simons
                                        Richard Herz
                                        **EarthRights International**
                                        1612 K Street N.W., Suite 401

1

Washington, D.C. 20006
Tel: 202-466-5188
Fax: 202-466-5189

John de Leon, FL Bar No. 650390
jdeleon@chavez-deleon.com
**Law Offices of Chavez & De Leon, P.A.**
1399 SW 1st Avenue, #202
Miami, FL 33120
Tel: 305-740-5347
Fax: 305-740-5348

Agnieszka M. Fryszman
Benjamin D. Brown
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Tel: 202-408-4600
Fax: 202-408-4634

Paul L. Hoffman
**Schonbrun, Desimone, Seplow,
 Harris & Hoffman LLP**
723 Ocean Front Walk
Venice, CA 90291
Tel: 310-396-0731
Fax: 310-399-7040

Judith Brown Chomsky
**Law Offices of Judith Brown Chomsky**
Post Office Box 29726
Elkins Park, PA 19027
Tel: 215-782-8367
Fax: 202-782-8368

Arturo Carrillo
**Colombian Institute of International Law**
5425 Connecticut Ave., N.W., #219
Washington, D.C. 20015
Tel: 202-365-7260

*Counsel for John Doe I et al., Case No. 08-80421-CIV-MARRA*

2

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on July 31, 2015. I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First Case Management Order ("CMO") and the June 10, 2008, Joint Counsel List filed in accordance with the CMO.

By: /s/ John DeLeon

JOHN DELEON