# Exhibit B

**From:** Jack Scarola <JSX@SearcyLaw.com>
**Sent:** Sunday, December 7, 2014 2:14 PM
**To:** Hall, John
**Subject:** Fwd: Finalized discovery motion - time for meet & confer with John Hall?

Attached below are various discovery-related papers which we intend to file later this week. Please review and let us know what your position with respect to each is.
Thank you for your anticipated prompt attention to this matter.


Begin forwarded message:

**From:** Jack Scarola <JSX@SearcyLaw.com>
**Date:** December 4, 2014 at 3:12:18 PM EST
**To:** "Mary E. Pirrotta" <MEP@Searcylaw.com>
**Subject: Fwd: Finalized discovery motion - time for meet & confer with John Hall?**

Please print.


Begin forwarded message:

**From:** Jonathan Kaufman <jonathan@earthrights.org>
**Date:** December 4, 2014 at 2:31:11 PM EST
**To:** "Fryszman, Agnieszka" <AFryszman@cohenmilstein.com>, Terry Collingsworth <tc@iradvocates.org>, Rick Herz <rick@earthrights.org>, Douglass Mitchell <dmitchell@bsfllp.com>, "Ouoba, Alysson"

<aouoba@cohenmilstein.com>, "Jack Scarola" <jsx@searcylaw.com>, Arturo Carrillo <acarrillo@law.gwu.edu>

**Subject: Finalized discovery motion - time for meet & confer with John Hall?**

Hi all,

Thanks to Rick, Agnieszka, Marco, and Terry/Cassandra for comments and assistance on this. I think we're finally ready to submit the requests for discovery, which means that we need to seek consent from John Hall first, right?

Here are the finalized requests and documents. (I've now split the motions for requests letters rogatory and the request for emergency deposition of Cyrus Freidheim, on the advice of Cassandra.) Rick, if you think these are ready, would you share them with John? We're working on getting the Requests themselves translated into Spanish.

Jonathan


--------------------------------------
Jonathan G. Kaufman
Legal Advocacy Coordinator
EarthRights International
+1 202 466 5188 x113 (office)
+1 617 645 4069 (cell)

**********************************************************************************
Privileged and Confidential Electronic communication is not a secure mode of communication and may be accessed by unauthorized persons. This communication originates from the law firm of Searcy Denney Scarola Barnhart & Shipley, P.A. and is protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521. The information contained in this E-mail message is privileged and confidential under Fla. R. Jud. Admin. 2.420 and information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. Personal messages express views solely of the sender and shall not be attributed to the law firm. If you received this communication in error, please notify the sender immediately by e-mail or by telephone at (800) 780-8607 and destroy all copies of the original message. Thank you.
**********************************************************************************