# Exhibit D

PROGRAMAS    HORARIOS    SEÑAL EN VIVO    NOTICIAS

GOL CARACOL    CARACOL PLAY

Lunes 3 de Agosto de 2015
EDICIÓN

Clima

◀ Despliegue aquí para ver
las noticias de su región

NACIONAL

INICIOCANAL DE VIDEOCOLOMBIAMUNDOENTRETENIMIENTODEPORTESINFORMATIVOS
ESPECIALES
Más secciones
#LOMÁSTRINADOCÓDIGO CARACOLDE TU LADOGENTE QUE LE PONE EL ALMASALUD

**COLOMBIA**    2:53 PM - 31 de Julio de 2015

# Alias 'El Alemán' afirma estar avergonzado de sus crímenes como paramilitar

Freddy Rendón Herrera habló luego de su libertad y afirmó que nunca
volverá a delinquir.

**Noticiascaracol.com**



Freddy Rendón Herrera aseguró en entrevista telefónica tras su libertad que está apenado por los delitos que cometió siendo jefe paramilitar del bloque **Elmer Cárdenas de las Autodefensas Unidas de Colombia**.

**"Estoy apenado con la sociedad colombiana y no volveré a participar en violencia", afirmó Rendón Herrera.**

Por su parte, Teresita Gaviria, una víctima del paramilitarismo, manifestó que muchas campesinas estuvieron llamándola cuando supieron de la salida de alias 'El Alemán', preocupadas porque éste volviera a sus andanzas como criminal.

**"Yo les dije que no tengan miedo, que el tipo salió muy renovado y con ansias de trabajar por las víctimas", afirmó Teresita Gaviria.**

Contra el exparamilitar pesaron condenas por los delitos de concierto para delinquir agravado, asesinato y reclutamiento forzado de al menos 326 menores de edad.

**Por estos hechos, el hoy liberado purgó una pena de 645 meses de prisión y una pena alternativa de 8 años a la luz de los beneficios de la ley 975 de Justicia y Paz.**

Dentro de los hechos por los que fue investigado Rendón Herrera se encuentran la llamada Operación Génesis (1997), por la cual fue condenado el general Rito Alejo del Río, así como por la participación de paramilitares en la masacre de Bojayá (2002).



Exparamilitar alias 'el Alemán' quedó en libertad

# Aka 'El Alemán' says that
# he is ashamed of his crimes
# as a paramilitary

Freddy Rendón Herrera spoke after his release and said that he
will never commit crimes again.

Noticiascaracol.com

[Picture]

Freddy Rendón Herrera asserted in a telephone interview after his release that he is ashamed of the crimes he committed as the paramilitary boss of the Elmer Cárdenas Bloc of the United Self-Defense Forces of Colombia.

"I am ashamed with Colombian society and will not participate in violence again," said Rendón Herrera.

For her part, Teresita Gaviria, a victim of paramilitaries, said that many female peasants had been calling her when they learned of the release of aka 'El Alemán,' worried that he may return to his deeds as a criminal.

"I told them not to be afraid, that the guy came out a new man and with eagerness to work for the victims," said Teresita Gaviria.

Against the former paramilitary there were convictions for the crimes of aggravated conspiracy, murder, and forced recruitment of at least 326 minors.

For these acts, the newly released [Rendón Herrera] served 645 months in prison and an alternative punishment of 8 years in light of the benefits of law 975 of Justice and Peace.

Among the crimes for which Rendón Herrera was investigated are the so-called Genesis Operation (1997), for which general Rito Alejo del Río was convicted, as well as for the participation of paramilitaries in the Bojayá massacre (2002).