UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:
ATS ACTIONS:

08-80421-CIV-MARRA
08-80508-CIV-MARRA
10-60573-CIV-MARRA
08-80480-CIV-MARRA
07-60821-CIV-MARRA
_____/

## ORDER ON CHIQUITA'S TIME-SENSITIVE MOTION TO MODIFY REQUESTS FOR JUDICIAL ASSISTANCE

It is hereby **ORDERED** that Defendant Chiquita's Time-Sensitive Motion to Modify Requests for Judicial Assistance (DE 855) is **GRANTED IN PART.**

1. The Court shall issue modified letters of request for judicial assistance in the form submitted by Plaintiffs as Exhibits A-C to the Declaration of Marco Simons in Support of Plaintiffs' Response to Chiquita's Time-Sensitive Motion to Modify Requests for Judicial Assistance.

2. Plaintiffs shall designate no more than one counsel per witness to conduct the examinations of each witness for which the Court has issued letters of request, and Defendants shall designate no more than one counsel per witness to conduct cross-examinations. In the event of a dispute among Plaintiffs and Defendants regarding the designation of counsel, the designation of the majority of counsel shall control. For the purpose of determining a majority, all counsel representing the same client or set of clients shall be given one vote collectively, and counsel shall not gain additional votes if they represent clients in multiple cases. Any discussions within Plaintiffs' counsel or Defendants' counsel regarding preparations for these examinations, or other issues of joint coordination in this MDL

1

proceeding, shall proceed under an understanding of mutual confidentiality except where consent to disclose to other parties has been given or a court has ordered disclosure. Counsel who wish to participate in the examinations shall share in the joint costs of the examinations.

3. For the safety and security of all participants in the examinations, the following precautions shall be observed:

   a. The designations of counsel and other participants in the depositions shall be exchanged among counsel of record in these actions, but, prior to the examinations, shall not be filed on the public docket or otherwise disclosed to anyone other than the Colombian court(s) and its personnel, the Colombian prison(s) and its personnel, counsel of record in these action, and the employees of counsel in these actions.

   b. Any information regarding travel arrangements or other logistical details of the examinations in Colombia shall not be disclosed to anyone without the express consent of all counsel designated to ask questions in the examinations. This includes, without limitation, any information regarding flight numbers, arrival and departure times, airport connections, hotels, taxis, drivers, meals, phone numbers and other contact information in Colombia.

   c. Any counsel or other participants in the depositions who travel to Colombia for the purposes of the depositions shall not, while in Colombia, disclose to anyone other than counsel and other participants in the depositions the purpose of their visit to Colombia. If asked by immigration officers, counsel and other participants should answer that they are present for a legal proceeding or meeting, and only give more detailed information upon specific request.

d. Except for materials already filed on the docket in this Court, counsel, parties, and their employees and agents shall not make further public disclosures of the dates, times, and witnesses for the examinations, until the examinations have been concluded and the participants have left Colombia.

**DONE** and **ORDERED** on this 3rd day of AUGUST, 2015.

_____
Honorable Kenneth A. Marra
UNITED STATES DISTRICT JUDGE