UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

**This Document Relates To:**
**ATS ACTIONS**

**08-80421-CIV-MARRA**
**08-80465-CIV-MARRA**
**08-80508-CIV-MARRA**
**10-60573-CIV-MARRA**
**08-80480-CIV-MARRA**
_____/

**PLAINTIFFS' NOTICE OF NEWLY DISCOVERED INFORMATION
RELEVANT TO DEFENDANTS' MOTION TO DISMISS ON *FORUM NON
CONVENIENS* GROUNDS**

Plaintiffs respectfully submit this notice of newly discovered information relevant to Defendant Chiquita's pending *Motion To Dismiss Under Federal Rule Of Civil Procedure 12(b)(6) and For Forum Non Conveniens,* DE 741 ("FNC Motion"), filed with this Court on March 9, 2015. The attached exhibits provide new evidence that was not available on June 22, 2015, when Plaintiffs filed their Opposition Memorandum to the FNC Motion, DE 832. The new evidence addresses an important issue relevant to the pending FNC motion: the inability of Plaintiffs to litigate safely in Colombia. DE 832 Part III(B)(1)(a)-(b).[1] Indeed, the new evidence shows that the security risks in Colombia cited by Plaintiffs in their Memorandum have intensified over the past year.

---

[1] Plaintiffs have also become aware of new evidence that key witnesses and evidence are in the United States, not Colombia. We intend to submit a further Notice of Newly Discovered Evidence on this subject as soon as this evidence has been analyzed and compiled.

1

Plaintiffs attach to this Notice a number of recently discovered or produced sources of evidence in further support of their argument that the plaintiffs, their lawyers, potential witnesses, and other advocates would face serious and concrete security risks if this action were litigated in Colombia.

First, in Colombia during the first half of 2015, there were three times as many threats against human rights defenders as in the first half of 2014, and the number of murders jumped by 15%, according to a report published on August 18, 2015, by the Colombian group Programa Somos Defensores. *See* Declaration of Federico Andrés Paulo Andreu Guzmán ("Andreu Decl.") ¶¶ 14-15. One human rights defender was killed every five days in Colombia in the first half of 2015, mostly by paramilitaries. The targets included *campesinos* like the Plaintiffs. Antioquia – the department in which most of the Plaintiffs live – was among the five departments with the highest death tolls. *See id. See also* Declaration of Marco Simons ("Simons Decl.") Ex. 1 (August 19, 2015, teleSUR report entitled *Report: 1 Colombian Human Rights Defender Murdered Every 5 Days*).[2]

For example, in October 2015, a paramilitary successor force operating in Urabá issued threats against human rights defenders, including the non-profit group of lawyers representing victims in the pending criminal complaint against Banadex executives and against Paula Gaviria, the Director of Colombia's Unit for Attention and Integral Reparations to Victims. *See id.* Andreu Decl. ¶¶ 5-12. The threats were made in a "pamphlet" [*panfleto*] that declared that organizations defending human rights and victims' roundtables, among others, should "prepare to die chopped, one by one with your families, we have

---

[2] teleSUR, *Report: 1 Colombian Human Rights Defender Murdered Every 5 Days* (Aug. 19, 2015), available at http://www.telesurtv.net/english/news/Report-1-Colombian-Human-Rights-Defender-Murdered-Every-5-Days-20150819-0019.html.

2

already located them." *Id.* ¶ 10. The pamphlet threatened a "death penalty and cleansing plan" for victims and human rights defenders, "along with their families." This is a paradigmatic example of the pamphlets that paramilitary groups circulate to identify and intimidate human rights defenders and victims seeking to claim restitution.

Second, paramilitary groups in Colombia continue to attack victims and human rights defenders, including *campesinos* such as many of the Plaintiffs. One of the principal regions in which these attacks are carried out is Antioquia – where most of the Plaintiffs live. *See id. See also* Simons Decl. Ex. 2 (June 26, 2015, transcript of an interview with a human rights attorney, Jorge Molano, entitled *The paramilitary structures continue acting with impunity*).[3]

For example, two human rights advocates working for the Comisión Intereclesial de Justicia y Paz were the targets of a paramilitary attack (specifically, by armed men on motorcycles) in a neighborhood plagued by the Urabeños – a paramilitary group active in Urabá. *See* Simons Decl. Ex. 3 (August 28, 2015, article on Contagio Radio entitled *Human Rights Defenders Report Paramilitary Attacks in Buenaventura*).[4] The Comisión is a prominent Colombian human rights organization that works with communities where attacks by paramilitaries have occurred and assists victims to pursue justice through the legal system. One month earlier, paramilitaries assassinated two such victims; paramilitaries have also been threatening Comisión personnel. In addition, the paramilitaries claim that they conducted surveillance of human rights defenders especially targeting those who work with "gringos"

---

[3] Rebelion, Interview by Enric Llopez with Jorge Molano, *Las estructuras paramilitares continuan actuando con impunidad* [*The Paramilitary Structures Continue Acting with Impunity*], (Jun. 26, 2015), *available at* http://www.rebelion.org/noticia.php?id=200383.
[4] Contagio Radio, *Defensores de derechos humanos denuncian ataques por paramilitares en Buenaventura* [*Human Rights Defenders Report Paramilitary Attacks in Buenaventura*] (Aug. 28, 2015), *available at* http://www.contagioradio.com/defensores-de-derechos-humanos-denuncian-ataques-por-paramilitares-en-buenaventura-articulo-12990/.

or international partners. *See id. See also* Simons Decl. Ex. 4 (July 23, 2015, article on Radio Macondo entitled *Paramilitary "Intelligence" on Human Rights Defenders in Buenaventura*).[5]  For the most part, the paramilitary perpetrators enjoy absolute immunity. *See id. See also* Simons Decl. Ex. 2.

These news articles are self-authenticating, Fed. R. Evid. 902(6), and courts may take into account press articles and interviews as evidence of conditions in a foreign country when considering a *forum non conveniens* motion. *See, e.g., Leon v. Millon Air, Inc.*, 251 F.3d 1305, 1313 n.3 (11th Cir. 2001) (considering evidence from newspaper article that political situation in Ecuador had stabilized). This is because newspaper articles – when "recent" – may "best reflect[] the situation" in that country. *See Jakaj v. United States Dept. of Justice*, 164 Fed. Appx. 27, 28 (2d Cir. 2006) (immigration judge properly relied on newspaper articles to evaluate change in country conditions in denying asylum claim).

If this evidence had been available when Plaintiffs filed their briefs, they would have cited it on pages 24, 25, 26, 27, and 28 of Brief, DE 832.  Because each of these pieces of evidence postdates June 22, 2015, Plaintiffs were unable to submit them in conjunction with their Opposition Memorandum, and Plaintiffs instead seek to bring them to the Court's attention through this Notice.

Dated: December 2, 2015                             Respectfully submitted,

                                                  /s/   Sean Powers

                                                  Sean Powers
                                                  Marco Simons
                                                  Richard Herz

---

[5] Radio Macondo, *"Intelegencia" paramilitary a defensores de DH en Buenaventura* [*Paramilitary "Intelligence" on Human Rights Defenders in Buenaventura*] (Jul. 23, 2015), *available at* http://radiomacondo.fm/2015/07/23/inteligencia-paramilitar-a-defensores-de-dh-en-buenaventura/.

Jonathan Kaufman
Marissa Vahlsing
Michelle Harrison
**EarthRights International**
1612 K Street N.W., Suite 401
Washington, D.C. 20006
Tel: 202-466-5188
Fax: 202-466-5189

John DeLeon, FL Bar No. 650390
jdeleon@chavez-deleon.com
**Law Offices of Chavez & DeLéon, P.A.**
1399 S.W. 1st Ave., Suite 202
Miami, FL  33130
Tel: 305-740-5347
Fax:  305-740-5348

Agnieszka M. Fryszman
Benjamin D. Brown
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Tel: 202-408-4600
Fax: 202-408-4699

Paul L. Hoffman
**Schonbrun, Desimone, Seplow,**
**Harris, Hoffman & Harrison LLP**
723 Ocean Front Walk
Venice, CA 90291
Tel: 310-396-0731
Fax: 310-399-7040

Judith Brown Chomsky
**Law Offices of Judith Brown Chomsky**
Post Office Box 29726
Elkins Park, PA 19027
Tel: 215-782-8367
Fax: 202-782-8368

Arturo Carrillo
**Colombian Institute of International Law**
5425 Connecticut Ave., N.W., #219
Washington, D.C. 20015
Tel: 202-365-7260
Fax:  202-994-4946

5

**Counsel for John Doe I Plaintiffs, original docket number: 9:08-cv-80421-KAM**

James K. Green, FL Bar No. 229466
**James K. Green, P.A.**
Esperante, Suite 1650
222 Lakeview Ave.
West Palm Beach, FL 33401
Tel: 561-659-2029
Fax: 561-655-1357

Jack Scarola, FL Bar No. 169440
William B. King, FL Bar No. 181773
**Searcy Denney Scarola Barnhart & Shipley, P.A.**
2139 Palm Beach Lakes Blvd.
P.O. Drawer 3626
West Palm Beach, FL 33402
Tel: 561-686-6300
Fax: 561-478-0754

**Counsel for Plaintiffs Jose and Josefa Lopez Nos. 1 through 116, original docket number: 9:08-cv-80508-KAM**

Terrence P. Collingsworth
**Conrad & Scherer, LLP**
1301 Connecticut Ave NW, Suite 350
Washington, D.C. 20036
Tel: 202-527-7997

Eric J. Hager
**Conrad & Scherer**
Avenida Republica de El Salvador
500 e Iralanda Edificio Siglo XXI, PH
Oficina W Quito, Ecuador
Tel: 954-462-5500 ext. 461
Fax: 866-803-1125

**Counsel for DOES (1-144), PEREZES (1-95), PEREZES (96-795) and Carmen Tulia Cordoba Cuesta et al., original docket number: 9:08-cv-80465-KAM 1:07-cv-01048 (RJL)**

Jonathan C. Reiter
**Law Firm of Jonathan C. Reiter**

6

350 Fifth Avenue, Suite 2811
New York, NY  10118
Tel:  212-736-0979
Fax:  212-268-5297

Stephen J. Golembe, Esq.
(Fl Bar No. 137225)
**STEPHEN J. GOLEMBE & Associates, P.A**.
2340 South Dixie Highway
Coconut Grove, FL 33133
Tel: 305-858-0404
Fax: 305-858-3100

**Counsel for Plaintiffs Juan/Juana Does 1-888 (previous caption), now captioned as Sara Matilde Moreno Manjarres et al. v. Chiquita Brands International, Inc., Case No. 9:08-cv-80480, (Southern District of New York)**

Sigrid S. McCawley
**Boes, Schiller & Flexner LLP**
401 East Las Olas Blvd., Suite 1200
Ford Lauderdale, FL  33301
Tel:  954-356-0011
Fax:  954-356-0022

Douglass A. Mitchell
**Boies, Schiller & Flexner LLP**
300 South Fourth Street
Suite 800
Las Vegas, Nevada  89101
Tel: 702-382-7300
Fax: 702-382-2755

**Counsel for Plaintiffs Angela Maria Henao Montes, et al., original docket number 1:10-cv-60573-KAM**

**CERTIFICATE OF SERVICE**

I certify that, on December 2, 2015, a copy of Plaintiffs' Notice of Newly Discovered Information Relevant to Defendants' Motion to Dismiss on *Forum Non Conveniens* Grounds was electronically filed with the Court using CM/ECF.

Dated: December 2, 2015                    By: s/ SEAN POWERS