UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-01916-MD-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:

ATS ACTIONS

    08-80421-CIV-MARRA
    08-80465-CIV-MARRA
    08-80508-CIV-MARRA
    10-60573-CIV-MARRA
    08-80480-CIV-MARRA
_____/

**MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' "NOTICE" AND
SUPPLEMENTAL EXPERT DECLARATION**

On December 2, 2015, Plaintiffs filed a "Notice of Newly Discovered Information Relevant to Defendants' Motion to Dismiss on *Forum Non Conveniens* Grounds." (D.E. 946.) Instead of simply presenting new evidence, Plaintiffs' "Notice" was filled with argument and unsupported characterizations of the purported new evidence. The "Notice" even presented a legal argument—which Plaintiffs have never before made—that courts may decide *forum non conveniens* ("FNC") motions based on evidence that is inadmissible under the Federal Rules of Evidence. (*Id.* at 4.)

The briefing on the FNC motion is complete. Under this Court's rules, Plaintiffs were required to obtain this Court's permission before filing an additional memorandum. *See* Local Rules 7.1 (c) ("No further additional memoranda of law shall be filed without prior leave of Court."). Because Plaintiffs did not do so, the Court could strike the filing from the record. But Chiquita does not object to the Court allowing Plaintiffs' to file their "Notice," so long as

Chiquita is given an opportunity to respond.  Accordingly, Chiquita respectively requests that the Court grant this motion for leave to file a response to Plaintiffs' "notice" and a supplemental expert declaration, which are attached as Exhibits A and B.

## CERTIFICATE OF PRE-FILING CONFERENCE

In accordance with Local Rule 7.1(a)(3), Chiquita's counsel certifies that Chiquita's counsel contacted Plaintiffs' counsel to determine Plaintiffs' position regarding the relief sought in this motion, but Plaintiffs' counsel did not respond.

Dated:  December 9, 2015                             Respectfully submitted,

| | |
|---|---|
| John E. Hall |   /s/ James C. Gavigan, Jr.           |
| Mark W. Mosier | Sidney A. Stubbs (Fla. Bar No. 095596) |
| Shankar Duraiswamy | sstubbs@jonesfoster.com |
| José E. Arvelo | Robert W. Wilkins (Fla. Bar No. 578721) |
| COVINGTON & BURLING LLP | rwilkins@jonesfoster.com |
| One CityCenter | James C. Gavigan, Jr. (Fla. Bar No. 0085909) |
| 850 Tenth Street NW | jgavigan@jonesfoster.com |
| Washington, D.C. 20001 | JONES, FOSTER, JOHNSTON & STUBBS, P.A. |
| Telephone: (202) 662-6000 | 505 South Flagler Drive, Suite 1100 |
| Facsimile: (202) 662-6291 | West Palm Beach, Florida 33401 |
| | Telephone: (561) 659-3000 |
| | Facsimile: (561) 650-5300 |
| Jonathan M. Sperling | |
| COVINGTON & BURLING LLP | |
| The New York Times Building | |
| 620 Eighth Avenue | |
| New York, NY  10018 | |
| Telephone:  (212) 841-1000 | *Counsel for Chiquita Brands International, Inc.* |
| Facsimile:  (212) 841-1010 | *and Chiquita Fresh North America, LLC* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 9th day of December, 2015. I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First Case Management Order ("CMO") and the June 10, 2008 Joint Counsel List filed in accordance with the CMO.

By: /s/ James Gavigan
Fla. Bar No. 0085909