# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,

ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:

ATS ACTIONS
_____/

ATS ACTIONS

08-80421-CIV-MARRA
08-80465-CIV-MARRA
08-80508-CIV-MARRA
10-60573-CIV-MARRA
08-80480-CIV-MARRA
07-cv-60821-KAM

Colombia

Second Penal Court of the Circuit of Itagüí
Docket No. 11001-67-00-000-2015-21489-00

DEPOSITION OF JESUS IGNACIO RÓLDAN PEREZ
(Via Interpreter)

Wednesday, August 12, 2015
10:14 a.m. - 1:20 p.m.

Máxima Seguridad
Cra. 70, Itagui
Antioquia, Colombia

Stenographically Reported By:
ROBIN L. MERKER, RPR, FPR
Registered Professional Reporter
Florida Professional Reporter

```
 1                    APPEARANCES
 2
     On behalf of the Plaintiffs:
 3   LAW OFFICES OF JUDITH BROWN CHOMSKY
     Post Office Box 29726
 4   Eighteenth and Arch Streets
     Elkins Park, Pennsylvania 19027
 5   215.782.8367
     jchomsky@igc.org
 6   BY: JUDITH BROWN CHOMSKY, ESQUIRE
 7   EARTHRIGHTS INTERNATIONAL
     1612 K Street NW
 8   Suite 401
     Washington, D.C. 20006-2826
 9   202.466.5188
     marissa@earthrights.org
10   juan@earthrights.org
     BY: MARISSA ANN VAHLSING, ESQUIRE
11       JUAN PABLO CALDERON-MEZA, ESQUIRE
12   Carrera 57 #51-222
     Edificio Calle Nueva
13   Medellín Colombia
     310-614-0321
14   Alexlawyernumber1@hotmail.com
     BY: ALEX ALBERTO MORALES CÓRDOBA
15
     On behalf of the Defendants:
16   COVINGTON & BURLING, LLP
     One City Center
17   850 Tenth Street, NW
     Washington, DC 20001-4956
18   202.662.5273
     sduraiswamy@cov.com
19   jarvelo@cov.com
     BY: SHANKAR DURAISWAMY, ESQUIRE
20       JOSÉ E. ARVELO, ESQUIRE
21   PRÍAS CADAVID ABOGADOS
     Calle 99 No. 7A - 77 Of. 203
22   Bogotá D.C., Colombia
     PBX: +(571)743062
23   pcadavid@priascadavid.com
     BY: PAULA CADAVID LONDOÑO, ESQUIRE
24
25
```

```
Also Present:
     LUIS FELIPE BARRERA, Interpreter
     NANCY K. HAND, Interpreter
     WILLIAM LEÓN ACOSTA, Plaintiffs' Assistant
```

INDEX OF PROCEEDINGS

| DEPOSITION OF JESUS IGNACIO RÓLDAN PEREZ | PAGE |
|---|---|
| EXAMINATION BY THE COURT: | 9 |
| DIRECT EXAMINATION BY MS. VAHLSING: | 41 |
| CROSS-EXAMINATION BY MR. MORALES: | 54 |
| CROSS-EXAMINATION BY MR. DURAISWAMY: | 56 |

1   THE COURT: Today is Wednesday, August 12,
2   2015, at 10:12 in the morning. The Second
3   District -- Judicial District opens this public
4   hearing on behalf of the Southern District of the
5   State of Florida of the United States. The matter
6   being Chiquita Brands International --
7   INTERPRETER HAND: The interpreter requests a
8   repetition of the case number, the remaining parts of
9   the name, and the case number.
10  THE COURT: For the record, may the parties,
11  please state their appearances.
12  MR. MORALES: Good morning, Your Honor, and to
13  all those present.
14  My name is Alex Alberto Morales Córdoba. I am
15  here representing Dr. Paul David Wolf, who is an
16  attorney representing over 4,000 families who are
17  victims of the armed conflict.
18  And I identify myself here by my professional
19  license number 121671 issued by the Superior Judicial
20  Council and my citizen ID 71723789.
21  And for purposes of legal notifications, my
22  address is Carrera 51 -- 57, No. 51-222 Edificio
23  Calle Nueva in Medellín. My number -- telephone
24  number is 310-614-0321. My e-mail address, also for
25  purposes of official notification, is

```
1              Alexlawyernumber1@hotmail.com.
2                   INTERPRETER BARRERA:  My name is Luis Felipe
3         Barrera.  I am an English-Spanish/Spanish-English
4         interpreter.
5                   INTERPRETER HAND:  Nancy Hand, certified
6         federal court interpreter, U.S. certified federal
7         court interpreter.
8                   MR. ACOSTA:  I am a translator for the
9         plaintiffs, U.S. citizen.  That's all.
10                  MR. CALDERON-MEZA:  My name is Juan Pablo
11        Calderon-Meza.  My citizen ID number is 10272988.  I
12        am also the bearer of professional license number
13        169463 of the Supreme Judicial Council.  And I am
14        assisting the attorneys for the plaintiffs.
15                  MS. VAHLSING:  Hello, my name is Marissa
16        Vahlsing.  I'm a United States citizen.  I'm
17        identified with the professional card 1025043 for the
18        Bar of the District of Columbia.  I am here today as
19        a representative for the plaintiffs.
20                  MS. CHOMSKY:  Good morning, Your Honor and
21        colleagues.  My name is Judith Brown Chomsky.  My
22        professional license is from the Supreme Court of the
23        Commonwealth of Pennsylvania.  My number -- my bar
24        number is 21537.
25                  MR. ARVELO:  Good morning.  I am José Arvelo.
```

1  THE COURT: Question: Do you know whether
2  Chiquita or Banadex supported the AUC in buying
3  weapons or ammunition? Please explain everything
4  that you know regarding this issue.
5  THE WITNESS: I don't have any knowledge
6  regarding your question, Your Honor.
7  THE COURT: Numeral 4. Alignment between the
8  AUC and Chiquita/Banadex.
9  Did the AUC perceive their interests as being
10  in line with those of Chiquita and Banadex, in the
11  context of the civil war? How do you know this?
12  THE WITNESS: I don't have knowledge regarding
13  your question, Your Honor.
14  MR. MORALES: Your Honor, may I approach?
15  MS. CHOMSKY: This is not okay.
16  MR. MORALES: Saying it out loud.
17  The questioner contains some titles that I
18  would suggest, Your Honor, that you wouldn't read.
19  This is not to direct the witness.
20  THE COURT: Please, anyone who wants to take
21  the -- to be given the floor, raise your hand.
22  MS. VAHLSING: On behalf of the -- the
23  plaintiffs, I would like to state for the record that
24  my -- myself, my person, that I am the only U.S.
25  attorney authorized to speak and ask questions on

behalf of the plaintiffs in this proceeding.

Whether there are issues under Colombian law, it's fine that Colombian lawyers participate, but in terms of the questions that will be attributed to the plaintiffs, I am only the representative that is authorized to speak according to the court order, which can be found in Section 13 of the letters rogatory.  Thank you.

THE COURT:  Anyone else want to intervene?

Do the parties consider that there is inconvenience, or problem, in continuing reading these titles, or would they like me to continue doing so?

MR. DURAISWAMY:  On behalf of the defendants, Your Honor -- on behalf of the defendants, Your Honor, it is fine with us if you do not read the titles.

MS. VAHLSING:  On behalf of the plaintiffs, Your Honor, we are also in agreement that it is best not to read the titles to the questions.

THE COURT:  Okay.  Question:  If the AUC did -- did perceive their interests to be in line with those of Chiquita and Banadex, in which way was this?

THE WITNESS:  I don't have any knowledge, Your Honor.

```
1    agrees that it is not necessary to ask those
2    questions.
3         MS. VAHLSING:  Your Honor, the plaintiffs agree
4    it is not necessary to ask those questions.  Thank
5    you.
6         MR. MORALES:  Your Honor, as a representative
7    of the victims in Colombia, there is a need to
8    clarify and to arrive at the truth.  So I would
9    request that they be asked.
10        THE COURT:  The attorney stated that she is the
11   representative of the plaintiffs --
12        MS. VAHLSING:  I have available for Your Honor,
13   a copy of the --
14        (Conversation between the Court and clerk.)
15        THE COURT:  -- so who do you represent?
16        We are going to take a break, because the
17   prosecutor's office needs to make notification to the
18   witness.
19        (A discussion was held off the record.)
20        THE COURT:  Have they resolved?
21        MS. VAHLSING:  Your Honor, just to support the
22   position that we are making before the Court, we
23   present to you a copy of the letters rogatory with
24   the name of Marco Simons as the designated attorney
25   for the plaintiffs, by the consensus of all
```

1  plaintiffs' lawyers, other than Mr. Wolf, who is
2  represented today by Mr. Morales.
3       In addition to that, I present a power of
4  attorney signed by Mr. Marco Simons, authorizing
5  myself, Judith Chomsky, and Juan Pablo Cárdenas-Meza,
6  as the attorneys who represent the plaintiffs in this
7  proceeding.  Thank you.
8       If I may, in addition we have an order from the
9  Court in Florida, that was signed by the judge in
10 Florida, agreeing that there would be only one
11 representative present in this proceeding on behalf
12 of the plaintiffs.
13      MR. MORALES:  Your Honor, my name is Alex
14 Alberto Morales Cordoba and, as I stated, I am an
15 attorney assisting Dr. Paul David Wolf, who is
16 identified by Foreign Citizen Identity Document
17 No. 305797.  Paul David Wolf is the attorney -- an
18 attorney representing the plaintiffs in the United
19 States, in cases in the United States.
20      And also now present to you a power -- rather,
21 an authorization of myself as a supporting attorney
22 in his representation.  And in addition, one of the
23 contracts or agreements that Mr. Paul David Wolf made
24 with the victims of the violence in Urabá by Chiquita
25 Brands International.

```
 1            THE COURT:  The representative of Attorney Paul
 2       Wolf.
 3                       CROSS-EXAMINATION
 4  BY MR. MORALES:
 5       Q.   Thank you very much, Mr. Jesus Ignacio Róldan,
 6  for your time and your clarity.  I won't take very long,
 7  because I would like for you to enjoy the company of your
 8  family.
 9            I would like to ask you regarding a term that
10  you used.  The question is, for the AUC and yourself,
11  what does the term "vaccines" mean?
12            (Ms. Chomsky left the proceedings in progress.)
13       A.   Counsel, for the AUC, "vaccines" referred to
14  funding.  This is when you approach a company, a
15  businessman, or a cattle raiser, and you tell them, for
16  instance, to provide 10 million pesos.  That's what it
17  means, funding.
18       Q.   Mr. Jesus Ignacio Róldan, can you specify, or
19  clarify, what was the purpose of the AUC whenever they
20  received this funding?
21            MR. DURAISWAMY:  Objection.  Foundation.  Form.
22            THE WITNESS:  I think I said it already, but I
23       would like to clarify.  This funding would be used to
24       pay members that were patrolling the areas, to get
25       medicine, to buy groceries, weapons, and ammunition,
```

1      and helicopters that the AUC had.
2           (Ms. Chomsky rejoined the proceedings in
3      progress.)
4      BY MR. MORALES:
5      **Q.   Mr. Róldan, can you clarify, or elaborate in**
6      **your own words, do you think that Chiquita Brands or**
7      **Banadex paid those vaccines to the AUC?**
8           MR. DURAISWAMY:  Objection.  Lack of
9      foundation.  Form.
10          THE WITNESS:  As I said before, I did not
11     attend these meetings, so I wouldn't be able to say
12     how much that -- did this company pay.
13          Mr. Raúl Hasbún, as I've said before, is the
14     person who has all the knowledge regarding this
15     situation.
16          Also, I think -- I cannot assure, but I think
17     Commander Jorge Cuarenta, who is currently in prison
18     in the United States, has information regarding this.
19          Being in prison in Pavilion 1 here, in this --
20     in this prison facility, I overheard Jorge saying
21     that -- that this company, Chiquita, paid him.  But
22     again, I would like for you to approach and try to
23     get to Jorge Cuarenta, Commander Jorge Cuarenta, to
24     get more information regarding this issue.
25          THE COURT:  Counsel for the defendants.