UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-MD-01916-KAM [LEAD CASE]

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____/

**This Document Relates to**

ATS ACTIONS:

07-60821-CIV-MARRA
08-80421-CIV-MARRA
08-80465-CIV-MARRA
08-80508-CIV-MARRA
08-80480-CIV-MARRA
10-60573-CIV-MARRA
10-80652-CIV-MARRA
11-80404-CIV-MARRA
11-80405-CIV-MARRA
13-80146-CIV-MARRA
17-80323-CIV-MARRA
17-60560-CIV-MARRA

ATA ACTIONS:

08-20641-CIV-MARRA (*JULIN*)
09-80683-CIV-MARRA (*PESCATORE*)
11-80402-CIV-MARRA (*SPARROW*)
15-81585-CIV-MARRA (*PORTER*)
_____/

**ORDER OF ADMINISTRATIVE CLOSE-OUT**

**THIS CAUSE** is before the Court *sua sponte*. The above-styled cases were previously consolidated in this MDL proceeding, *In re Chiquita Brands International, Inc. Alien Tort Statute and Shareholder Derivative Litigation,* Case No. 08-MD-1916-MARRA (lead action) for all pretrial purposes, and the parties to all cases have been directed to submit all filings in all cases in the lead action.

In light of the prior consolidation of cases in this MDL proceeding, it is

**ORDERED AND ADJUDGED**:

The Clerk of Court shall enter the following cases as **CLOSED** for administrative purposes only:

**ATS Cases**:

| | |
|---|---|
| 07-60821-CIV-MARRA | *Carrizosa* **(FL)** |
| 08-80421-CIV-MARRA | *Does 1-11* **(NJ)** |
| 08-80465-CIV-MARRA | *Does 1-144* **(DC)** |
| 08-80508-CIV-MARRA | *Valencia* **(FL)** |
| 08-80480-CIV-MARRA | *Juan/Juanita Does 1-914* **(NY)** |
| 10-60573-CIV-MARRA | *Montes* **(FL)** |
| 10-80652-CIV-MARRA | *Does 1-976* **(DC)** |
| 11-80404-CIV-MARRA | *Does 1-677* **(DC)** |
| 11-80405-CIV-MARRA | *Does 1-254* **(DC)** |
| 17-80323-CIV-MARRA | *Does 1-205* **(FL)** |
| 17-60560-CIV-MARRA | *Juan/Juanita Perez 1-795* **(FL)** |
| 13-80146-CIV-MARRA | *Does 1-98 v. Boies Schiller* |

**ATA Cases:**

| | |
|---|---|
| 08-20641-CIV-MARRA | *Julin* |
| 09-80683-CIV-MARRA | *Pescatore* |
| 11-80402-CIV-MARRA | *Sparrow* |
| 15-81585-CIV-MARRA | *Porter* |

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 7th day of April, 2017.

KENNETH A. MARRA
United States District Judge

cc. All counsel